■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN MORGANO, Appellant. [792 NYS2d 878]—Appeal by the defendant from a judgment of the County Court, Westchester County (Zambelli, J.), rendered March 14, 2000, convicting him of burglary in the second degree (two counts), upon his plea of guilty, and imposing sentence. The appeal brings up for review the denial, after a hearing (Rosato, J.), of that branch of the defendant's omnibus motion which was to suppress physical evidence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, there was probable cause to arrest him and the search of his bag was proper as incident to the arrest (see *People v Roque,* 99 NY2d 50, 53-54 [2002]; *People v Hollman,* 79 NY2d 181, 184 [1992]; *People v Ralston,* 303 AD2d 1014 [2003]).

The defendant's remaining contentions, including those raised in his supplemental pro se brief, are without merit. Florio, J.P., S. Miller, Santucci and Spolzino, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FERNANDO F. MORRISON, Appellant. [792 NYS2d 869]—Appeal by the defendant from a judgment of the County Court, Dutchess County (Hayes, J.), rendered June 21, 2004, convicting him of attempted assault in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Adams, J.P., Cozier, Ritter and Skelos, JJ., concur.